John T. Boswell, appellee, v. Johnston Lumber Company, appellant. Gen. No. 7,856.

Opinion filed July 12, 1928.

Thomas J. Welch, for appellant. Martin E. O'Connor, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Dollie M. Schleicher, appellee, v. The Preferred Accident Insurance Company of New York, appellant. Gen. No. 7,918.

Opinion filed July 24, 1928.

Miller, Elliott & Westerveldt and John A. Bloomingston, for appellant. McGrath & Donley and A. B. Copeland, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Lottie May Lewis, administratrix of the estate of Max Lewis, deceased, appellant, v. Edward J. Wilmering and Albert Randall, sheriff, appellees. Gen. No. 7,818.

Opinion filed July 24, 1928.

R. H. Radley, for appellant. Weil, Bartley & Weil, for appellees; Joseph F. Bartley and Herbig Younge, of counsel.

Mr. Justice Jett delivered the opinion of the court.

Vacuum Oil Company, appellee, v. H. P. Schlageter, trading as Main Street Garage, appellant. Gen. No. 7,828.

Opinion filed July 24, 1928.

Lloyd Painter and Boys & Osborn, for appellant. Gleim & Colwell and Butters & Butters, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Royal Indemnity Company of New York, appellant, v. Oscar Moody, appellee. Gen. No. 7,831.

Opinion filed July 24, 1928.

Phillips & Kitchell, for appellant; George W. Hunt, of counsel. Covey, Campbell & Covey, for appellee.

Mr. Justice Jett delivered the opinion of the court.